

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXX~~WILL WILSON~~XXXXXXXXX
ATTORNEY GENERAL

Texas State Board of Embalming
Austin, Texas

Dear Sir:                                    Attention:  Mr. Chas. B. Cook, Secre-
                                                         tary.

                                             Opinion No. O-2695
                                             Re:  Authority of the Texas State
                                                  Board of Embalming to require
                                                  $20.00 examination fee of ap-
                                                  plicants for license as funeral
                                                  director.

        This will acknowledge receipt of your letter of August 30, 1940,
requesting the opinion of this department upon the above stated question.
Your letter reads as follows:

        "Article 4582A of the Criminal Statutes of Texas, an Act increas-
ing the powers and duties of the State Board of Embalming so as to pre-
scribe and maintain a standard of proficiency as to the qualifications of
those engaged, and who may engage, in the practice of funeral directing
in connection with the care and disposition of dead human bodies, by
providing that the State Board shall adopt rules, regulations, and by-
laws for the examination and licensing of funeral directors.

        "Section 2 of this Act reads in part:  'Any person or persons en-
gaged in, the practice of funeral directing in connection with the care
and disposition of dead human bodies within this State shall make a writ-
ten application to the State Board of Embalming for a license, accompany-
ing the same with a license fee of Five ($5.00) Dollars.'

        "When an applicant passes the examination and is issued a license,
this $5 fee places the license in force until the 31st day of May follow-
ing, at which time the licensee pays a renewal fee for the next year.

        "The Board, after due consideration, is convinced that there
should be an examination fee of $20, making a total of $25 to be paid by
the applicant at the time application is filed, which would cover the
expense of examination and the first year's fee.

        "Would it take an Act of the Legislature to put this into ef-
fect, or does the Board have the power to adopt a rule requiring an ap-
plicant to accompany the application with a fee of $25?"

We have carefully examined the provisions of Chapter 12 of Title 71 of the Revised Civil Statutes of Texas, Articles 4576a, et seq., Vernon's Annotated Civil Statutes, and note that the Legislature provided an initial license fee of $10.00 for embalmers in Article 4578 and in Article 4582a provided for an initial license fee of $5.00 for funeral directors. The amount of the fees to be paid for license as embalmer or funeral directors has been fixed by the Legislature and no discretion remains in the Board to enlarge or lessen these fees under its power to enact reasonable rules and regulations. If the power to enact reasonable rules and regulations did embrace the authority to provide, fix, or change fees, a serious question of unconstitutional delegation of legislative authority would result. See 17 R. C. L. 535.

It follows and you are respectfully advised that in the absence of legislative authorization the Texas State Board of Embalming is without power or authority to exact an examination fee of $20.00 from applicants for license as funeral director.

Very truly yours

ATTORNEY GENERAL OF TEXAS


By   s/ James D. Smullen

James D. Smullen
Assistant


JDS:RS/wc


APPROVED SEP. 9, 1940
  s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS


APPROVED Opinion Committee   By BWB Chairman